CLEMENTE M. JIMÉNEZ, SBN 207136
816 H Street, Suite 108
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE LUIS ARREDONDO QUINTERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE LUIS ARREDONDO QUINTERO,<br><br>　　　　Defendant. | Case No.: 08-104 EJG<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:　January 21, 2009<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mary Grad, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE LUIS ARREDONDO QUINTERO, that the Judgment and Sentencing date, scheduled for January 21, 2009, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on March 6, 2009, at 10:00 a.m. for Judgment and Sentencing.

　　　This continuance is requested by Defendant Quintero. US Probations has been informed and agrees to the specified date.

//
//
//
//

StipCont011909.doc
01/22/09

- 1 -

| | |
|---|---|
| 1 | DATED:      January 19, 2009        /S/      Clemente M. Jiménez |
| 2 |                                              CLEMENTE M. JIMÉNEZ |
|   |                                              Attorney for Defendant |
| 3 |                                              Jose Luis Arredondo Quintero |

                                              /S/      Mary Grad
                                              MARY GRAD
                                              Attorney for Plaintiff

IT IS SO ORDERED, that the Judgment and Sentencing in the above-entitled matter, scheduled for January 21, at 10:00 a.m., be vacated and the matter continued to March 6, 2009, at 10:00 a.m. for Judgment and Sentencing.

This 20th day of January, 2009

                                              /s/ Edward J. Garcia
                                              HON. EDWARD J. GARCIA
                                              United States District Judge